UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISOOK AHN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINE E. WORMUTH, et al.,<br><br>    Defendants. | Case No. 23-cv-00114-SI<br><br>**ORDER CORRECTING ORDER ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 32 |

On July 11, 2023, the Court issued an order granting in part and denying in part defendant's motion to dismiss. Dkt. No. 32. The Court dismissed plaintiff's hostile work environment claim and left intact part of plaintiff's retaliation claim. *Id.* On August 11, 2023, the parties submitted a joint case management statement indicating that they "disagree . . . over the scope of the Court's ruling with respect to plaintiff's remaining retaliation claim." Dkt. No. 37 at 3.

The Court intended to dismiss plaintiff's retaliation claim as to the alleged denial of plaintiff's appeal for rank advancement to the position of Professor on September 12, 2019, and the alleged non-selection of plaintiff for DLI Educational Research Analyst on October 7, 2019. These alleged discriminatory acts occurred too long after the 2017 protected activity for the Court to infer causation. *See* Dkt. No. 32 at 7–8. Nor could the acts have been retaliation for the October 25, 2019 protected activity, which did not occur until after the alleged discriminatory acts.

The Court hereby **CORRECTS** its July 11, 2023 order as follows:

The Motion to Dismiss is **GRANTED**, except as to plaintiff's retaliation claim based on plaintiff's alleged non-selection for Director of Osan LTD on February 18, 2020; non-selection for DLI Registrar on February 18, 2020; removal of supervisory duties and responsibilities on February 20, 2020; and non-selection for DLI Dean of Middle East School I on March 3, 2020.

1    The Court understands the deadline for amending plaintiff's complaint has passed. If
2 plaintiff would like an extension of time to address this correction, plaintiff may make such a request
3 at the upcoming status conference.
4    **IT IS SO ORDERED**.
5 Dated: August 18, 2023

_____
SUSAN ILLSTON
United States District Judge